United States District Court

Southern District of New York

----------------------------------------------x

Matthew Smith,                                BSJ

               Plaintiff,            07cv7993

  -against-

                                         ECF

City of New York, Correction Officer "John Doe" (said name being fictitious, as the true name is presently unknown), Individually and in his Official Capacity,            NOTICE OF APPEARANCE

               Defendants.

----------------------------------------------x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiff, MATTHEW SMITH.

    I certify that I am admitted to practice in this Court, having been admitted on April 22, 2005.

DATED:    NEW YORK, NEW YORK
            SEPTEMBER 10, 2007

                                                        /S/ Arnold J. Levine
                                                        Arnold J. Levine (AL6819)
                                                        The Woolworth Building
                                                        233 Broadway, Suite 901
                                                        New York, New York 10279
                                                        Tel: (212) 732-5800
                                                        Fax: (212) 608-3280