AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

MATTHEW SMITH

## SUMMONS IN A CIVIL ACTION

V.

City of New York and Correction Officer "John
Doe" (said name being fictitious, as the true
name is presently unknown)

CASE NUMBER:

# 07 CIV 7993

TO: (Name and address of Defendant)

CITY OF NEW YORK
100 CHURCH STREET
NEW YORK, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ARNOLD J. LEVINE, ESQ.
233 BROADWAY, SUITE 901
NEW YORK, NY 10279

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

SEP 1 2 2007

DATE

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK  Attorney: ARNOLD J. LEVINE, ESQ.

Case 1:07-cv-07993-RS-LFM   Document 4   Filed 10/15/2007   Page 2 of 2

MATTHEW SMITH

Plaintiff(s)

- against -

CITY OF NEW YORK, ETANO

Defendant(s)

Index # 07 CIV 7993

Purchased September 12, 2007

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 2, 2007 at 10:12 AM at

100 CHURCH ST., 4TH FL.
NEW YORK, NY10007

deponent served the within SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL on CITY OF NEW YORK therein named,

**CORPORATION**  a DOMESTIC corporation by delivering thereat a true copy of each to TAMEKIA MENDES-GAMMON, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|-----------|--------------|-----------------|-----------------|
| FEMALE | BROWN | BLACK | 26 | 5'6 | 130 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  October 2, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

**ANDERSON CHAN**
License #: 1220482

Invoice #: 448837

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728