UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Matthew Smith,
                Plaintiff,

                ORDER OF REFERENCE
                TO A MAGISTRATE JUDGE

      -against-

                07 Civ. 7993(BSJ) (FM)

City of New York and
Correction Officer "John Doe"
                Defendants.
--------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**_X_** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Habeas Corpus

___ Social Security

___ Settlement*

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

___ Inquest After Default/Damages Hearing

Particular Motion:_____
_____

All such motions: ____

---

\* Do not check if already referred for general pretrial.
SO ORDERED.
DATED: New York, New York

/s/ Barbara S. J.
United States District Judge
5/5/08