USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

**APPLICATION GRANTED**
**SO ORDERED**

_/s/ Frank Maas_
Frank Maas, USMJ  6/11/08

# ARNOLD J. LEVINE
ATTORNEY-AT-LAW

THE WOOLWORTH BUILDING
233 BROADWAY STREET, SUITE 901
NEW YORK, NY 10007
Telephone: (212) 732-5800
Facsimile: (212) 608-3280
E-mail: NYCcrimlaw@aol.com

**MEMO ENDORSED**

June 10, 2008

**BY FACSIMILE**
Magistrate Judge Frank Maas
Fax # 212-805-6724

Re: Matthew Smith v. City of New York, et al., Index # 07 cv 7993 (BSJ) (FM)

Judge Maas:

I am the attorney of record for Matthew Smith, Plaintiff in the above-referenced matter pending before your Honor. By Order filed May 20, 2008, you scheduled an initial conference before Your Honor to be held at 3:30 p.m. on Thursday, June 12, 2008. I am in the middle of a criminal trial in New York County Supreme Court, before Justice Carol Berkman in the case of People v. Robert Williams. The trial will not be concluded until the week of June 23, 2008. Accordingly, I am unable to attend the conference at 3:30 p.m. on Thursday, June 12. After consulting with Evan from your chambers, and with the consent of Mr. Maxey, Assistant Corporation Counsel, I am requesting that the time for the conference be changed to 6:30 p.m. on June 12, 2008. This is my first request for an adjournment of this conference. This request affects no other deadline.

Sincerely,

_/s/ Arnold J. Levine_
Arnold J. Levine (AL6819)
*Attorney for Plaintiff, Matthew Smith*

cc: Asst. Corp. Counsel Brian Maxey